UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PETER ANDREW BRUMBERGS,

Defendant.

**SEALED NOTICE OF INTENT TO FILE AN INFORMATION**

26 CRIM 025

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett **is not** recused from this matter.

Dated: New York, New York
January 8, 2026

JAY CLAYTON
United States Attorney

By: *Peter J. Davis*
Peter J. Davis
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: *David Gopstein*
Sean Hecker, Esq.
David Gopstein, Esq..
Attorneys for PETER ANDREW BRUMBERGS

Wheel A: J. Torres / OTW Jan 9, 2026