UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER ANDREW BRUMBERGS,<br><br>Defendant. | **WAIVER OF INDICTMENT**<br><br>26 Cr.<br><br>**26 CRIM 025** |

    The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1349, 1343, 1344, 1956(h), and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
PETER ANDREW BRUMBERGS
Defendant

_____
Witness

_____
Sean Hecker, Esq.
David Gopstein, Esq.
Attorneys for Defendant

Dated: New York, New York
       January 27, 2026