

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2026

**EX PARTE / UNDER SEAL**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Peter Andrew Brumbergs*, 26 Cr. 25 (AT)

Dear Judge Torres:

    The Government respectfully requests that the Court enter the attached Order directing the unsealing of Information 26 Cr. 25 (AT) upon the arrest or surrender of the defendants in sealed case 26 Cr. 29, at which time the circumstances underlying the Government's request for sealing and delayed docketing in the captioned case will no longer exist. The Government is submitting this letter and the attached Order *ex parte* and under seal because they refer to a sealed indictment and pending law enforcement activities that would be compromised by disclosure. *See, e.g.*, *United States v. Alcantara*, 396 F.3d 189, 200 n.8 (2d Cir. 2005); *United States v. Cojab*, 996 F.2d 1404, 1407-09 (2d Cir. 1993).

    Additionally, for the reasons given above, Government respectfully requests that this letter be filed under seal, until the unsealing of the docket and the information in 26 Cr. 25 (AT), at which time the Government requests that this letter be unsealed and filed publicly on the case docket.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:   *s/*
    Nicholas Chiuchiolo
    Marguerite Colson
    Peter J. Davis
    Sarah Mortazavi
    Assistant United States Attorneys
    Tel.: (212) 637-2468

Enclosure