UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------x

UNITED STATES OF AMERICA  :

- v. -  :   **SEALED ORDER**

PETER ANDREW BRUMBERGS,  :   26 Cr. 25 (AT)

Defendant.  :

----------------x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, JAY CLAYTON, by Assistant United States Attorney Peter J. Davis;

It is found that Information 26 Cr. 25 (AT) is currently sealed;

It is further found that the United States Attorney's Office has applied to have the action and all associated docket entries unsealed upon the arrest or surrender of the defendants in sealed case 26 Cr. 29.

Accordingly, it is hereby

ORDERED that case 26 Cr. 25 (AT) be unsealed upon the arrest or surrender of the defendants in sealed case 26 Cr. 29, and, upon unsealing, shall remain unsealed pending further order of the Court.

Dated: New York, New York
January 29, 2026

_____
THE HONORABLE ANALISA TORRES
CHIEF UNITED STATES DISTRICT JUDGE