

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 10, 2026

**BY ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    **U.S. v. Brumbergs,** 26 Cr. 25 (AT)

Dear Judge Torres:

The Government respectfully writes to update the Court on the status of the above case. (ECF No. 12.)  The defendant is cooperating with the Government and is expected to testify in the February 9, 2027 trial in *United States v. James et al.*, 26 Cr. 29 (AT).  Accordingly, the status of the defendant and the case remains unchanged.  The Government will continue to update the Court if there are any material changes.

Respectfully submitted,

JAMIE M. MCDONALD
United States Attorney

By: _____
Nicholas W. Chiuchiolo / Marguerite Colson
Peter J. Davis / Sarah Mortazavi
Assistant United States Attorneys

cc:  defense counsel